No. 728. UNITED STATES *v.* EVANS ET AL. C. A. 3d Cir. Certiorari denied. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for the United States. *Robert L. Kirkpatrick* and *John A. McCann* for respondents.

No. 761. MODE *v.* ARKANSAS. Supreme Court of Arkansas. Certiorari denied. *Charles J. Lincoln* for petitioner. *Frank Holt,* Attorney General of Arkansas, and *Thorp Thomas,* Assistant Attorney General, for respondent.

No. 875. SHENANDOAH CORP. *v.* JACKSON. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Nathan L. Silberberg* for petitioner. *Barrington D. Parker* for respondents.

No. 876. GELLER ET AL. *v.* HOLLAND-AMERICA LINE. C. A. 2d Cir. Certiorari denied. *Robert S. Blanc, Jr.* for petitioners. *Eugene Underwood* for respondent.

No. 879. F. P. BAUGH, INC., *v.* LITTLE LAKE LUMBER CO. ET AL. C. A. 9th Cir. Certiorari denied. *Stanley A. Weigel* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Fred E. Youngman* for the United States, respondent. *Richard J. Archer* filed a brief for the California Bankers Association, as *amicus curiae,* in support of the petition.